**Order entered October 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00914-CV

## IN RE SONIA HENRIQUES, Relator

**Original Proceeding from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-54214-2020**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus and **DIRECT** the trial court to issue a written order granting relator's Motion to Transfer to Grayson County.

We further **ORDER** the trial court to file with this Court, within ten days of the date of this order, a certified copy of its order issued in compliance with this order and with the Court's opinion of this date. Should the trial court fail to comply with this order, the writ will issue.

We **VACATE** our September 20, 2022 order staying the trial-court proceedings.

We **ORDER** each party to bear his or her own costs of this original proceeding.

/s/ DENNISE GARCIA
   JUSTICE